**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ZUNIGA,<br><br>        Plaintiff,<br><br>   v.<br><br>WASHINGTON MUTUAL BANK,<br>AS SUCCESSOR IN-INTEREST<br>TO LONG MORTGAGE COMPANY<br>BEACH 1 through Does 10,<br><br>        Defendants. | Case No. EDCV 09-0086-VAP<br>(JTLx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 23, 2009

                                              VIRGINIA A. PHILLIPS<br>
                                              United States District Judge